# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Richard Harrall,<br><br>        Plaintiff,<br><br>vs.<br><br>Equity Experts.Org, LLC.<br><br>        Defendant. | Case No.: 2:17-cv-12775-TGB-SDD<br><br>Honorable Terrence G. Berg<br><br>Magistrate Judge David R. Grand |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUITY EXPERTS. ORG, LLC

Plaintiff and Defendant, Equity Experts.Org, LLC., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equity Experts.Org, LLC., with prejudice, no later than September 31, 2020.

                                            Respectfully submitted,

                                            By: */s/ Gary D. Nitzkin*
                                            GARY D. NITZKIN P41155
                                            CARL SCHWARTZ P70335
                                            MARK LAHTI P36656
                                            Attorneys for Plaintiff
                                            22142 West Nine Mile Road
                                            Southfield, MI 48033
                                            (248) 353-2882
                                            Email – gary@crlam.com

August 4, 2020

## **PROOF OF SERVICE**

      I, Gary D. Nitzkin, hereby state that on August 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

                                      */s/ Gary D. Nitzkin*